# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

| | |
|---|---|
| SISY OROBITG, individually, and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>CALIBURN INTERNATIONAL, LLC, and COMPREHENSIVE HEALTH SERVICES, LLC,<br><br>    Defendants. | Case No.: 1:19-cv-24748-BB<br><br>Judge  Beth Bloom |

## CONSENT TO JOIN

I hereby consent to be an opt-in Plaintiff in the above-captioned matter against Defendants.  I hereby designate Brown, LLC to represent me in this action. I agree to be bound by any ruling, settlement and/or judgment of this lawsuit.

(*Please print legibly*)

**Signed:** *Cynthia U. Hernandez*        **Dated:** 01 / 17 / 2020

**Name:**   Cynthia U. Hernandez