UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:19-CV-24748-BB

SISY OROBITG, individually and
on behalf others similarly situated,

      Plaintiff,

Vs.


CALIBURN INTERNATIONAL, LLC,
and COMPREHENSIVE HEALTH
SERVICES, INC.

      Defendants.

_____/

## ORDER SCHEDULING MEDIATION

The mediation conference in this matter shall be held with Marlene Quintana, Esq. on November 16, 2020, at 10:00 a.m. at the offices of Gray Robinson, 333 S.E. 2nd Avenue, Suite 3200, Miami, Florida 33131.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of _____ 2020.


_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE


Copies furnished to:

Counsel of Record


4826-4184-1588, v. 1