**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 19-24748-CIV-KING/BECERRA

SISY OROBITG,

Plaintiff,

v.

CALIBURN INTERNATIONAL. LLC,
ET AL.,

Defendants.
_________________________________________/

**FINAL ORDER OF DISMISSAL**

THIS MATTER is before the Court on the Mediator's Report (D.E. #86) filed December 10, 2020, advising the Court that the above-styled case has reached an agreement. Accordingly, after a careful review of the record, it is

ORDERED, ADJUDGED and DECREED as follows:

1. The above-styled case is hereby DISMISSED. The Court retains jurisdiction to enforce the terms of the settlement.

2. All unresolved pending motions in this case are hereby DENIED as moot.

3. The **Pretrial Conference** previously set for **June 4, 2021** and the **Trial** previously set for **August 9, 2021** are hereby CANCELED.

4. The Clerk shall CLOSE this case.

DONE AND ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 10th day of December, 2020.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record