**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**Case No.: 1:19-cv-24748-JLK**
**Senior Judge James Lawrence King**

**Magistrate Judge Jacqueline Becerra**

SISY OROBITG, individua n behalf of others similarly situated,

Plaintiff,

vs.

CALIBURN INTERNATIONAL, LLC, and COMPREHENSIVE HEALTH SERVICES, LLC**,**

Defendants.

**AGREED ORDER APPROVING FLSA SETTLEMENT AND DISMISSING PLAINTIFFS' FLSA CLAIMS WITH PREJUDICE**

**THIS MATTER** having come before the Court upon the Parties' Joint Motion for Approval of the Parties' FLSA Settlement and for Dismissal of Plaintiffs' FLSA Claims with Prejudice, and the Court having reviewed this matter, and being otherwise fully advised in the premises, it is hereby:

**ORDERED**:

1. The Renewed Joint Motion for Approval of the Parties' FLSA Settlement and for Dismissal of the Plaintiffs' FLSA Claims with Prejudice, filed herein by the parties, should be and hereby is **GRANTED**;

2. Pursuant to Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350 (11th

Cir. 1982), the parties' Settlement Agreement has been reviewed by the Court and is hereby approved, adopted, and ratified by the Court; and

3. The Plaintiffs' FLSA claims therefore should be and hereby are **DISMISSED** with prejudice with each party to bear his/its own attorney's fees and costs except as otherwise provided for in the Settlement Agreement.

**DONE AND ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 9th day of February, 2021.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

**cc: All counsel of record**