## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-24748-CIV-KING/BECERRA

SISY OROBITG,

      Plaintiff,

v.

CALIBURN INTERNATIONAL. LLC,
ET AL.,

      Defendants.

                              /

### FINAL ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court on the Joint Stipulation of Dismissal with Prejudice (D.E. #90) filed February 17, 2021, in the above-styled case.  Accordingly, after a careful review of the record and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), it is

ORDERED, ADJUDGED and DECREED as follows:

1.      The above-styled case is hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs.

2.      All unresolved pending motions in this case are hereby DENIED as moot.

3.      The **Pretrial Conference** previously set for **June 4, 2021** and the **Trial** previously set for **August 9, 2021** are hereby CANCELED.

4.      The Clerk shall CLOSE this case.

DONE AND ORDERED in chambers at the James Lawrence King Federal Justice

Building and United States Courthouse, Miami, Florida, this 18th day of February, 2021.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc:     All Counsel of Record